In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00099-CV
_____

### ISABEL NEWTON AND THOMAS NEWTON, Appellants

### V.

### ERIC PACK AND SADLER CLINIC PLLC, Appellees

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 12-07-07612 CV**

### MEMORANDUM OPINION

The appellants, Isabel Newton and Thomas Newton, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered June 27, 2013
Before Gaultney, Kreger, and Horton, JJ.